**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCTON TECHNOLOGY CORPORATION, a Taiwan Corporation, and ACCTON TECHNOLOGY CORPORATION USA, a California Corporation,<br><br>Plaintiffs,<br>v.<br><br>TAZZLE, INC., a Delaware Corporation<br><br>Defendant. | Case No.: 13-CV-01036-LHK<br><br>ORDER REGARDING FILING OF PROOF OF SERVICE; ORDER CONTINUING CASE MANAGEMENT STATEMENT |

On March 7, 2013, Plaintiffs filed their Complaint in this action. *See* ECF No. 1. On the same date, Plaintiffs filed a "[Proposed] Stipulated Judgment" signed by both Plaintiffs and Defendant. *See* ECF No. 2. Plaintiffs did not however, file a proof of service showing Defendant has been served. Accordingly, the Court ORDERS Plaintiffs to file a proof of service for Defendant. Counsel for Defendant is ORDERED to file a notice of appearance. The Court will thereafter enter the Proposed Stipulated Judgment. The Case Management Conference scheduled for June 26, 2013 is hereby CONTINUED to July 17, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 20, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01036
ORDER REGARDING FILING OF PROOF OF SERVICE; ORDER CONTINUING CASE MANAGEMENT STATEMENT